1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSIE HATFIELD, ) | Case No.: 2:20-cv-08818-PLA |
| Plaintiff, ) | |
| ) | {PROPOSED} ORDER AWARDING |
| vs. ) | EQUAL ACCESS TO JUSTICE ACT |
| ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, ) | AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social ) | U.S.C. § 1920 |
| Security, ) | |
| ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,650.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: June 7, 2022

*Paul L. Abrams*

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |    /s/ *Steven G. Rosales*
4 | BY: _____
    Steven G. Rosales
5 |     Attorney for plaintiff Jessie Hatfield